UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| BETTY DEWALT-GALLMAN, | ) | Civil Action Number:  0:19-cv-03400-JMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

**AND NOW**, this 17th day of November, 2020, upon consideration of Defendant's Motion to Remand, and any response thereto, it is hereby ORDERED that Defendant's Motion is **GRANTED**, and the case is remanded to the Commissioner pursuant to the sixth sentence of 42 U.S.C. § 405(g).

*J. Michelle Childs*

Honorable J. Michelle Childs
United States District Judge

Columbia, South Carolina